x:\ATS51918\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X   21 MC 102 (AKH)
CARLOS BUNAY,

                                       Civil Action No.: 07 CV 1571

                                       NOTICE OF ADOPTION

                       Plaintiff(s),
       - against -

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BLACKMON-MOORING-STEAMATIC CATASTROPHE,
INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS, INC.,
ENVIROTECH CLEAN AIR, INC., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., HILLMAN
ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., MERRILL
LYNCH & CO., INC., NEW YORK UNIVERSITY,
NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., THAMES REALTY, CO., TOSCORP,
INC., WESTON SOLUTIONS, INC., WFP

TOWER B CO., G.P. CORP., and WFP TOWER B.
HOLDING CO., LP, AND WFP TOWER B. CO., L.P.,

                Defendant(s).

------------------------------------------------------------------X

COUNSELORS:

      PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

      WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
       October 15, 2007

                                      ROGER P. McTIERNAN, JR. (RPM 1680)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      ANN TAYLOR STORES CORPORATION.
                                      2 Rector Street – 14th Floor
                                      New York, New York 10006
                                      (212) 313-3600