Timothy D. Gallagher (TG-9525)
McMAHON, MARTINE & GALLAGHER, LLP
90 Broad Street, 14th Floor
New York, New York 10004
(212) 747-1230
Attorneys for Defendant NYSE EURONEXT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER<br>LOWER MANHATTAN DISASTER SITE LITIGATION | Case No.: 07CV1571 (AKH) |

------------------------------------------------------------------------X

| | |
|---|---|
| CARLOS BUNAY,<br><br>vs.<br><br>ALAN KASMAN DBA KASCO, ET. AL. | **NOTICE OF ADOPTION<br>OF ANSWER TO<br>MASTER COMPLAINT** |

------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE THAT** Defendant NYSE EURONEXT (herein sued as "NYSE, INC."), by its attorneys, McMahon Martine & Gallagher, LLP as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt NYSE EURONEXT's Answer to Master Complaint dated January 15, 2008 which was filed in the matter of In Re World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH) as document 2195 in the Electronic Filing System.

    To the extent that Defendant's Answer to the Master Complaint does not comprehensively address the specific allegations within the Check-Off Complaint in the above captioned matter, Defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

Dated: New York, New York
        January 21, 2008

                                                        By:_____s/_____
                                                           Timothy D. Gallagher (TG-9525)

TO:    Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway, 12th Floor
New York, NY 10006

Robert A. Grochow, Esq.
233 Broadway, 5th Floor
New York, NY 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, NY 10279

*Liaison Counsel for Plaintiffs*

James E. Tyreli, Esq.
Joseph Hopkins, Esq.
Patton Boggs, LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006

*Liaison Counsel for the Defendants*

**CERTIFICATION OF FILING OF NOTICE OF ADOPTION OF MASTER COMPLAINT OF NYSE EURONEXT**

  The undersigned certifies that on January 21, 2008, I caused the within Notice of Adoption of Master Complaint of NYSE EURONEXT to be electronically filed via the SDNY Court's ECF system.

Dated: New York, New York
   January 21, 2008

                     By:_____s/_____
                     Timothy D. Gallagher (TG-9525)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER                                  Case No.: 07CV1571 (AKH)
LOWER MANHATTAN DISASTER SITE LITIGATION

------------------------------------------------------------------------X

CARLOS BUNAY,

                                                           **NOTICE OF ADOPTION
                    vs.                                    OF ANSWER TO
                                                           <u>MASTER COMPLAINT</u>**

ALAN KASMAN DBA KASCO, ET. AL.

------------------------------------------------------------------------X

---

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF NYSE EURONEXT**

---

**McMAHON MARTINE & GALLAGHER, LLP**
Attorneys for Defendant
NYSE Euronext
90 Broad Street, 14th Floor
New York, New York 10004
(212) 747-1230